**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

RANDALL YOUNG,                             )
                                                              )
                              Petitioner,               )
v.                                                             )          Case No. 1:13-cv-1944-TWP-DKL
                                                              )
DIRECTOR, Indianapolis Re-Entry Facility, )
                                                              )
                              Respondent.              )

### Entry and Notice

      This matter is before the Court on Petitioner Randall Young's Motion for Summary Judgment. (Dkt. 20). Summary judgment is often an inappropriate procedure in an action for habeas corpus relief. In this case, such a motion would disrupt the briefing schedule which is currently in place. Additionally, summary judgment motions are not required or encouraged in habeas cases. Although there is no strict prohibition on filing summary judgment motions, they are certainly uncommon, especially in this district. See United States ex rel. Brookhouse v. Ahiton, No. 97-C-642, 1997 WL 445936, at *4 n. 2 (N.D. Ill., Aug. 1, 1997) (describing summary judgment motions as inappropriate in habeas cases). Accordingly, the petitioner's motion for summary judgment (Dkt. 20) is **DENIED**. The petitioner continues to have through **June 24, 2014**, in which to supplement his reply to the return to order to show cause.

      SO ORDERED.

Date:   06/11/2014

                                             Hon. Tanya Walton Pratt, Judge
                                             United States District Court
                                           Southern District of Indiana

Distribution:

Electronically Registered Counsel

RANDAL YOUNG
139527
INDIANAPOLIS RE-ENTRY EDUCATIONAL FACILITY
401 North Randolph Street
Indianapolis, IN 46201